IN THE UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF TEXAS
__WICHITA FALLS__ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 5 2008
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

__ROBERTO PEREZ, JR, #1189927__   AMENDED
Plaintiff's name and ID Number
__2101 FM 369 N__
__IOWA PARK, TX 76367__
Place of Confinement

CASE NO: #7:08 CV-030-O
(Clerk will assign the number)

v.
__EDDIE C. WILLIAMS, WARDEN II__
__2101 FM 369 N, IOWA PARK, TX 76367__
Defendant's name and address
__TOMMY L. NORWOOD, Asststant WARDEN__
__2101 FM 369 N, IOWA PARK, TX 76367__
Defendant's name and address
__FRANKIE L. HAYNES, LAW LIBRARIAN II__
__2101 FM 369 N, IOWA PARK, TX 763367__
Defendant's name and address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

**I. PREVIOUS LAWSUITS:**

   A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?  SORT OF  ✓ YES  ___ NO

   B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: July 04, 2005

      2. Parties to previous lawsuit:
      Plaintiff(s): RUBERTO PEREZ, JR., #1189927

      Defendant(s): THE DISTRICT ATTORNEYS OFFICE, NUECES COUNTY

      3. Court (If federal, name the district; if state, name the county) U.S. Dist. Southern Dist. Texas

      4. Docket Number: Civil Action No. C-05-329

      5. Name of judge to whom case was assigned: Honorable Janis Graham Jack

      6. Disposition: (Was the case dismissed, appealed, still pending?)
      Case dismissed without prejudice

      7. Approximate date of disposition: July 26, 2005

**II. PLACE OF PRESENT CONFINEMENT:** James V. Allred Unit

**III. EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system. EXHIBIT D%3, C-1

**IV. PARTIES TO THE SUIT:**

A. Name of address of plaintiff: Administrative Segregated Prisoner, at James V. Allred Unit, for Texas Department of Criminal Justice ID.

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: EDDIE C. WILLIAMS, WARDEN II, for Texas Department of Criminal Justice Institutional Division (T.D.C.J.-ID) at James V. Allred Unit *

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
personal involvement, under color of state law, failed to act on co-defendants

Defendant #2: TOMMY L. NORWOOD, Assistant Warden for T.D.C.J.-ID, at James V. Allred Unit, in individual capacities *

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
personal involvement, under color of state law, failed to act on co-defendants

Defendant #3: FRANKIE L. HAYNES, Law Librarian II, for T.D.C.J.-ID., at James V. Allred Unit, in individual capacities

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
denied right to appeal, retaliation, personal involvement failed to act *

Defendant #4: JANE DOE, Correctional Officer (CO), for T.D.C.J.-ID., at James V. Allred Unit, in individual capacities

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Retaliation, denied access to the courts, under color of state law

Defendant #5: ALVARO CHACON, CO IV, for T.D.C.J.-ID., at James V. Allred Unit, in individual capacities

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
under color of state law, retaliated and denied access to the courts.

#1 * See also attachments, also in his individual capacities,
#2 * See also attachments, denied religious exercise
#3 * And allowed co-defendants to deny access to the courts, under the color of state law

See attached for defendants 6 and 7,
Defendant Cleofe T. Palma and David Johnson
all in their individual capacities

ATC 1983 (Rev. 04/06)            Page 3 of 5

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

PLAINTIFF STATES THREE CLAIMS

I RETALIATION resulting in mandate of appeal

II DENIAL OF ACCESS TO THE COURTS, resulting in mandate of appeal

III DENIAL OF RELIGIOUS EXERCISE

BECAUSE OF LIMITED SPACE AND THE NUMBER OF CLAIMS, PLAINTIFF MADE ATTACHMENTS, SEE MOTION

VI. **RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

DECLARATORY RELIEF, INJUNCTION RELIEF, COMPENSATORY DAMAGES OF $10,000.00 EACH Defendant; PUNITIVE DAMAGES $10,000.00 EACH, Jury Trial AND PLAINTIFFS COST AND FEES. $10,000 each NOMINAL DAMAGES

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

ROBERTO PEREZ, JR, ROBERT PEREZ, ROBERTO A. PEREZ, JR

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

#585890 (prior), #1189927 (present)

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO ?

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): N/A
2. Case Number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

ATC 1983 (Rev. 04/06)                    Page 4 of 5

C.  Has any court ever warned or notified you that sanctions could be imposed? ___ YES ___ NO *maybe*

D.  If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.) N/A

1.  Court that imposed warning (if federal, give the district and division): N/A
2.  Case number: N/A
3.  Approximate date warning were imposed: N/A

Executed on: *April 28, 2008*
(Date)

ROBERTO PEREZ, JR.
(Printed Name)

*[signature]*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2.  I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3.  I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this __28__ day of __April__, 20 __08__.
(Day)            (Month)                    (Year)

ROBERTO PEREZ, JR
(Printed Name)

*[signature]*
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF TEXAS
WICHITA FALLS, DIVISION

ROBERTO PEREZ, JR. #1189927
PLAINTIFF

V.

EDDIE C. WILLIAMS, WARDEN II
DEFENDANT et. al.

DECLARATION OF
ROBERTO PEREZ, JR.,
#1189927
Civil Action No.
7:08-CV-030-O

DECLARATION UNDER PENALTY
OF PERJURY

I, ROBERTO PEREZ, JR., #1189927, Plaintiff in the above case number hereby declares:

THE MOTION TO ATTACH, OR COMPLAINT EXHIBIT SUBMITTED TO THE COURT:
EXHIBIT A
EXHIBIT B § 1-3
EXHIBIT C
EXHIBIT D § 3
EXHIBIT D § 1
EXHIBIT M, EXHIBIT C-1
EXHIBIT N § 1-3, AND COMPLAINT FOR 42 U.S.C. § 1983

ARE 1) ORIGINALS AND 2) COPIES OF ORIGINALS

I declare under the penalty of perjury that the foregoing is true and correct. Executed at Iowa Park, Texas, on April 28, 2008.

x _Roberto Perez_
PLAINTIFF



ROBERTO PEREZ, JR.s
#1189927
JAMES V. ALLRED
2101 FM 369 N
IOWA PARK, TEXAS 76367

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
1000 LAMAR ST., RM. 203
WICHITA FALLS, TX 76301

U.S. POSTAGE PAID
IOWA PARK, TX
76367
APR 30, 08
AMOUNT
$0.00
0000
76301

RECEIVED
MAY - 5 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS